1  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone:  (530) 895-3252
   Facsimile:  (530) 894-8244
4  Email:  USDCEast@HubsLaw.com

5  Attorney for Plaintiff

6  JESSE M. SULLIVAN, SBN 225932
   HAIGHT BROWN & BONESTEEL LLP
7  Three Embarcadero Center, Suite 200
   San Francisco, California 94111
8  Telephone:  (415) 546.7500
   Facsimile:  (415) 546.7505
9

10 Attorneys for Defendant BIG LOTS STORES, INC.

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Pickern, | Case No.  2:14-cv-01811-MCE-CMK |
| Plaintiff, | **Joint Stipulation for Dismissal and Order Thereon** |
| vs. | |
| Big Lots Stores, Inc., et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Brenda Pickern, and defendant, Big Lots Stores, Inc., stipulate to and jointly request that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action in its entirety as to all parties pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 12, 2015                DISABLED ADVOCACY GROUP, APLC


   /s/   Scottlynn J Hubbard
Scottlynn J Hubbard IV
Attorney for Plaintiff


Dated: May 12, 2015                HAIGHT BROWN & BONESTEEL LLP


   /s/   Jesse M. Sullivan
Jesse M. Sullivan
Attorney for Defendant Big Lots Stores, Inc.


### **ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing stipulation, Plaintiff's Complaint is dismissed with prejudice in its entirety as to all parties.

Dated: May 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT